FILED
12-6-2021  3:47pm
CHERYL COCHRAN-WILSON, CLERK
BY_____ D.C.

IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
6 DIVISION

STEVEN CHARLES                                              PLAINTIFF

VS.                    CASE NO. 70CV-21-407

UNION COUNTY, and JEFF ORR,
in his individual and official
capacities                                                 DEFENDANTS

## COMPLAINT

COMES NOW THE PLAINTIFF, by and through counsel, who for his Complaint, states:

### PARTIES AND JURISDICTION

1. Plaintiff is a resident and citizen of Union County, Arkansas, who works for Defendants in Union County, Arkansas.

2. The events on which this lawsuit is based took place in Union County, Arkansas.

3. Union County is a municipal corporation that substantially impacts interstate commerce. Jeff Orr was a supervisor who fired plaintiff.

4. Plaintiff brings claims under the Arkansas Civil Rights Act (Ark. Code Ann. 16-123-105, 16-123-107(a)(1), and 16-123-108), and 42 U.S.C. 1983 for an amount exceeding that required for diversity jurisdiction.

5. Accordingly, there is personal and subject matter jurisdiction and venue is appropriate.

### FACTS

6. Plaintiff began working for Defendant in 2020 in the road department, driving dump trucks and tractor trailers.

7. At all times, Plaintiff had a valid and appropriate driver's license, knew how to drive those vehicles, and met the requirements of any applicable job description.

8. Plaintiff is African American.

9. On 12/9/20, Plaintiff left the shop in a truck, which started shaking and pulling hard to the left. The vehicle was not safe and so Plaintiff returned to the shop and told the shop supervisor and head mechanic what the truck was doing and that it was not safe.

10. They looked at it for an hour and gave it back to him.

11. Plaintiff left and gout 5 miles out of El Dorado and the pulling to the left and shaking were so bad that he turned around and went back to the shop, speaking to them again. He said he was going to get lunch and would return after to see if they could fix it.

12. When he returned another supervisor was there too. He described how it was unsafe and felt there could be an accident. The supervisor left.

13. Another truck was available. He was sent out in the same truck again.

14. Some way out of town the same problems occurred. He headed back to the shop and explained what the truck was doing and that is was not safe.

15. When Plaintiff got back, Jeff Orr fired him, saying he had not done enough loads for the day.

16. A Caucasian driver encountering safety problems with a truck of the same kind has complained about the safety of a vehicle and declined to drive it and was not fired, and the vehicle was put in for repair.

## COUNT I

17. Plaintiff restates the foregoing as if fully stated herein.

18. By virtue of the facts alleged herein, Defendants have discriminated against Plaintiff based on his race and denied equal protection in violation of 42 U.S.C. 1983, Ark. Code Ann. 16-123-105 and 107(a)(1).

19. As a result, Plaintiff has lost wages and benefits, and endured mental, emotional, and physical suffering.

20. Defendants actions have been in willful, malicious, and reckless violation of his rights.

## COUNT II

21. Plaintiff restates the foregoing as if fully stated herein.

22. By virtue of the facts alleged herein, Defendants have violated his rights to due process and under the Arkansas and U.S. Constitutions to speak and petition by wrongfully discharging him in violation of public policy.

23. As a result, Plaintiff has lost wages and benefits, and endured mental, emotional, and physical suffering.

24. Defendants actions have been in willful, malicious, and reckless violation of his rights.

## PRAYER

**WHEREFORE**, Plaintiff requests the following relief: lost wages and benefits, front pay or reinstatement, designation as rehire-able, a positive reference, cleansing of his file, posting of this lawsuit and verdict, training, a monitor, and an apology, compensatory damages for mental, physical, and emotional suffering and embarrassment, punitive damages, for reasonable fees and costs, for other declaratory and injunctive relief, and for a jury trial on all matters so triable.

Respectfully submitted,

**SUTTER& GILLHAM, P.L.L.C.**
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018

```
                                    (501) 315-1910 - Office
                                    (501) 315-1916 – Facsimile
                                    Counsel for Plaintiff

                            By:    /s/ Lucien Gillham
                                   Lucien Gillham Ark. Bar #99-199
```