IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN CHARLES                                                                                         PLAINTIFF

v.                                         Civil No. 1:22-cv-01002

UNION COUNTY, ARKANSAS and
JEFF ORR                                                                                              DEFENDANTS

## MEMORANDUM OPINION

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 49. As recognized in this Motion, this case has been settled. Thus, this Court finds Plaintiff's Motion is well-taken and should be **GRANTED.**

**ENTERED this 7th day of March 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE