IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN CHARLES                                                                                           PLAINTIFF

v.                                                   Civil No. 1:22-cv-01002

UNION COUNTY, ARKANSAS and
JEFF ORR                                                                                 DEFENDANTS

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 7th day of March 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE